UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT EUGENE KREGEAR,

      Petitioner,

                                                        File No. 2:11-cv-67

v.

                                                        HON. ROBERT HOLMES BELL

GREG McQUIGGIN,

      Respondent.
                                            /

## **FINAL ORDER**

In accordance with the Opinion issued this date,

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt. No. 23) to the Report and Recommendation of the Magistrate Judge are **OVERRULED**.

**IT IS FURTHER ORDERED** that the January 17, 2014, Report and Recommendation of the Magistrate Judge (Dkt. No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is **GRANTED** with respect to his claim of double jeopardy.

**IT IS FURTHER ORDERED** that Petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is **DENIED** with respect to all other claims.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the 28th Circuit Court of Michigan for proceedings consistent with this Opinion and Order .

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.


Dated: February 11, 2014                              /s/ Robert Holmes Bell
                                                                   ROBERT HOLMES BELL
                                                                   UNITED STATES DISTRICT JUDGE